STATE OF MINNESOTA

COUNTY OF HENNEPIN

Camille Williams and
Carrie Athanasselis,

Plaintiffs,

v.

City of Minneapolis and John Does 1-10,

Defendants.

DISTRICT COURT

FOURTH JUDICIAL DISTRICT

. Court File No.:

**NOTICE OF FILING
REMOVAL**

---

TO:   Hennepin County District Court Administrator and Plaintiffs, through their attorneys of record, Joshua R. Williams and Tim M. Phillips, 2836 Lyndale Avenue South, Suite 160, Minneapolis, MN 55408.

Defendant City of Minneapolis, through its attorney, Kristin R. Sarff, hereby gives Notice of Filing the Notice of Removal of Action to United States District Court by mailing a copy through United States mail to the Plaintiffs Carrie Williams and Carrie Athanasselis, through their attorneys of record, Joshua R. Williams and Tim M. Phillips, and electronically filing the same with the Hennepin County District Court.

Dated: **December 23, 2015**

SUSAN L. SEGAL
City Attorney
By

KRISTIN R. SARFF (0388005)
Assistant City Attorney
Minneapolis City Attorney's Office
350 South Fifth Street
City Hall, Room 210
Minneapolis, MM  55415
(612) 673-3919
*Attorneys for Defendant City of Minneapolis*

EXHIBIT
**2**